IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL T KNIGHT,

    Petitioner,

v.                                  CASE NO. 1:07-cv-00062-MP-AK

FLORIDA DEPARTMENT OF CORRECTIONS,
JAMES MCDONOUGH,

    Respondents.

_____/

## **O R D E R**

This matter is before the Court on Doc. 24, Report and Recommendation of the Magistrate Judge, recommending that the Respondents' motion to dismiss as untimely (doc. 15) be denied, and that the Petitioner's amended motion to find petition timely (doc. 22) be granted. The time for objections has passed, and none have been filed. The Court agrees that the statute of limitations for the current petition should be equitably tolled during the time period that the state court failed to inform the petitioner that his state pleading was technically deficient. With this tolling, the current petition should be construed as timely filed. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein. The motion to dismiss, Doc. 15, is DENIED, and the amended motion to find petition timely, Doc. 22, is GRANTED.

    The Respondents are directed to file a response to the habeas petition within 30 days of the date of this order, and this matter is remanded to the Magistrate Judge for further proceedings.

    **DONE AND ORDERED** this *6th* day of March, 2008

                              *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge