IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL KNIGHT,

    Petitioner,

v.                                                CASE NO. 1:07-cv-62-MMP-AK

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

    Respondents.

_____/

## **O R D E R**

This matter is before the Court on Doc. 32, Petitioner's Motion for Extension of Time to File Reply. For good cause shown, the Court finds the motion is well taken and is **GRANTED**. Petitioner shall file his reply no later than **July 9, 2008.**

    **DONE AND ORDERED** this **6th** day of June, 2008.

                                  *s/ A. KORNBLUM*
                                  **ALLAN KORNBLUM**
                                  **UNITED STATES MAGISTRATE JUDGE**